No. 545. JOSEPH E. SEAGRAM & SONS, INC., ET AL. v. HOSTETTER, CHAIRMAN, NEW YORK STATE LIQUOR AUTHORITY, ET AL., *ante*, p. 35;

No. 1063. POWELL v. KATZENBACH, ATTORNEY GENERAL, ET AL., *ante*, p. 906;

No. 1123. WEINHART v. UNITED STATES, *ante*, p. 919;

No. 1151. FABERT MOTORS, INC. v. FORD MOTOR CO., *ante*, p. 939; and

No. 1389, Misc. SKOLNICK v. JUDICIAL COUNCIL OF THE SEVENTH CIRCUIT OF THE UNITED STATES, *ante*, p. 902. Petitions for rehearing denied.

No. 131. HOLT ET AL. v. ALLEGHANY CORP. ET AL.; and

No. 132. HOLT ET AL. v. KIRBY ET AL., *ante*, p. 28. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

JUNE 6, 1966.

No. ——. ATLANTIC COAST LINE R. CO. ET AL. v. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. C. A. 5th Cir.

The application for reinstatement of the limited preliminary injunction of the United States District Court for the Middle District of Florida of May 10, 1966, and the opposition thereto, presented to MR. JUSTICE BLACK, and by him referred to the Court, is granted upon condition that a petition for a writ of certiorari be filed in this Court on or before June 11, 1966. Any brief opposing such petition must be filed on or before June 16, 1966. These papers may be typewritten. The reinstatement of this injunction shall be effective if the petition for a writ of certiorari is timely filed and thereafter until this Court acts upon such petition. Should the petition be denied, this reinstatement shall terminate automatically. In the